**Service of Process:**

3:15-cv-05899-PGS/DEA TRAPP v. STATE OF NEW JERSEY et al

Preview document:

[Next]

RECEIVED
AUG 1 7 2015
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DENARD TRAPP,
*Plaintiff*

V.                              **SUMMONS IN A CIVIL CASE**

STATE OF NEW JERSEY, ET AL.,
*Defendant*

CASE NUMBER: **3:15-CV-05899-PGS-DEA**

TO: *(Name and address of Defendant):*

**Matthew Park
556 Tinton Ave,
Tinton Falls, NJ 07724**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**Karen McGonigle**

(By) DEPUTY CLERK



ISSUED ON 2015-07-31 16:12:51, Clerk
USDC NJD

**RETURN OF SERVICE**

DATE  8-7-15

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER (PRINT) Denard C Trapp   TITLE  Self

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Lt Stevens

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

TRAVEL          SERVICES          TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-7-15         Denard C Trapp
              Date          Signature of Server

                            19 Marland Lane Tinton Falls
                            Address of Server  N.J. 07724

Next