October 21, 2015

Denard C. Trapp
18 Marland Lane
Tinton Falls, N.J. 07724

    I have tried all day October 21, 2015 to have the Officer sign this letter to verify he received both **summons** for the two officers but somehow he cannot be located by phone or radio. That is beside the pointed the **summonses** were executed in the appropriate method with the form the court provided. The forms do not have a location for the person who received it to sign. So for the idiot judge that claims it was not served properly here is a CD showing the receipt of the **summons** and if that's not good enough call him # 732-542-3400 extension 268 or written him but executed my **Default Judgment** in the meanwhile.


    I, Lieutenant Stevens, from Tinton Falls Police Department, 556 Tinton Ave, Tinton Falls, NJ 07724, acknowledge that Denard C. Trapp served a summons 3:15-cv-05899-PGS-DEA upon me for Matthew Park and Joseph Schuler on August 7, 2015.

_____

Lieutenant Stevens

## VERIFICATION

I, Denard C. Trapp, declare as follows:
I am named as a Plaintiff in the above-entitled matter.
I have read the foregoing pleading and know the facts therein stated to be true and correct.
I declare, under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103

BY: *[signature]*
Denard C. Trapp, Authorized Representative



Denard C. Trapp
18 Marland Lane
Tinton Falls, N.J. 07724

**CERTIFIED MAIL**

7014 2120 0003 3326 6349

Office of the District Court
402 E. State St Rm2020
Trenton N.J. 08608