CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2015 OCT 26  AM 10 50

Denard C. Trapp
18 Marland Lane
Tinton Falls N.J. 07724

CLERK, U.S. DISTRICT COURT
402 E. STATE STREET, RM 2020
TRENTON, NEW JERSEY 08608

Re: Case Number 3:15-cv-05899-PGS-DEA

To whom it may concern;

On August 7, 2015 a Summonses for Matthew Park and Joseph Schuler was executed by Denard C. Trapp. These Summonses were to be responded to by August 28, 2015, they were not. So on or about October 13, 2015 a default judgment demand was enter, so on or about October 14 a letter from the CLERK'S QUALITY CONTROL MESSAGE – ADVISING THAT THE DEFAULT REQUEST WAS NOT GRANTED pursuant to Federal Rule 4. Which I, Denard C. Trapp unequivocally deny the assertion that it was not served properly. It was served in accordance with the form that was **ISSUED ON 2015-07-31 16:12:51**, Clerk USDC NJD. So if you have anything to the contrary please provide those facts.

Sworn to and subscribed before
Me this __22__ day of __2015__,
2015.

_____
           Notary Public
My Commission Expires: __9/29/16__

LUZ M. SIMMONS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/29/2016

I, Denard Trapp, declare as follows:

I am named as the Defendant in the above-entitled matter.

I have read the foregoing pleading and know the facts therein stated to be true and correct.

I declare, under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Reserve All Rights Under the UCC 1-207/1-308; UCC 1-103.6

BY: _____
        Denard C. Trapp, Signed reserving all my rights

Denard C. Trapp
18 Marland Lane
Tinton Falls, N.J. 07724





Office of the District Court
402 E. State St Rm2020
Trenton N.J. 08608