UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENARD TRAPP, | : |
| Plaintiff, | : Civil Action No. 15-5899 (PGS)(DEA) |
| v. | : **ORDER** |
| STATE OF NEW JERSEY, *et al.*, | : |
| Defendants. | : |

On July 31, 2015, Plaintiff filed the Complaint in this matter and the Clerk issued Summonses for Defendants Matthew Park, Joseph Schuler and the State of New Jersey. On August 17, 2015, Plaintiff filed Returns of Service for Matthew Park and Joseph Schuler. These documents state that Plaintiff himself delivered the Summons and Complaint and left them with "Lt. Stevens". Thereafter, on October 14, 2015, Plaintiff requested entry of default as to Defendants Park and Schuler ("Defendants"). By text entry that same date, the Clerk denied Plaintiff's request, advising him that the Summonses were not served in accordance with Federal Rule of Civil Procedure 4. However, despite the Clerk expressly directing Plaintiff to Rule 4, Plaintiff has sent two letters (and a video[1]) to the Court arguing that service was proper and that default should be entered. *See* ECF Nos. 6 and 7.

Federal Rule of Civil Procedure 4 governs service of process. It provides, in the relevant part, that service may be made by "[a]ny person who is at least 18 years old and *not a party*." Fed. R. Civ. P. 4 (emphasis added). Obviously, Plaintiff is a party to this action. Consequently,

---

[1] According to Plaintiff's letter, the video was for the benefit of the "idiot judge that claims [process] was not served properly." ECF No. 6.

as Plaintiff has been previously advised, Defendants have not been properly served. Plaintiff's time to effect service under Rule 4(m) expired on November 28, 2015.[2] Therefore,

  **IT IS** on this 11th day of January, 2016,

  **ORDERED** that that the above captioned action will be dismissed on January 26th, 2016, for failure to effect service of the Summons and Complaint within 120 days of filing the Complaint unless Plaintiff, by way of an affidavit filed with the Court, establishes that proper service was effected within said 120 days or unless good cause is shown for failure to do so.

              s/Douglas E. Arpert
              DOUGLAS E. ARPERT, U.S.M.J

---

[2] As of December 1, 2015, Federal Rule of Civil Procedure 4(m) requires that a Summons and Complaint be served within 90 days after the filing of the Complaint. Prior to December 1, 2015, time for service was 120 days. As this action was commenced prior to the Rule change, the Court has applied the 120-day deadline. *See* Standing Order No. 15-4.